**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

QIN ZENG,

　　　　　　　　Petitioner,

　　v.

ERIC H. HOLDER, Jr., Attorney General,

　　　　　　　　Respondent.

No. 07-73725

Agency No. A075-755-899

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 24, 2011[**]

Before:　　PREGERSON, THOMAS, and PAEZ, Circuit Judges.

　　Qin Zeng, a native and citizen of China, petitions for review of the Board of

Immigration Appeals' ("BIA") order denying her motion to reconsider. Our

jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the

---

　　[*]　　This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

　　[**]　　The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

denial of a motion to reconsider. *Mohammed v. Gonzales*, 400 F.3d 785, 791 (9th Cir. 2005). We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Zeng's motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior order denying her motion to reopen. *See* 8 C.F.R. § 1003.2(b)(1).

We lack jurisdiction to review the BIA's March 23, 2007, order denying Zeng's motion to reopen because she failed to timely petition this court for review of that decision. *See Singh v. INS*, 315 F.3d 1186, 1188 (9th Cir. 2003).

Zeng's remaining contentions are unavailing.

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**